Attorney I.D. No: 031451982
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
Attorneys for defendants, Township of Montclair, Steven Mateo, Michael Kupchak, Christopher
Adams and Brandon Taylor
Our File No: 88955
2578012V1 88955 stip of dismissal with prejudice

| | |
|---|---|
| RICHARD WEBSTER,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF MONTCLAIR, STEVEN<br>MATEO, MICHAEL KUPCHACK,<br>CHRISTOPHER ADAMS and BRANDON<br>TAYLOR,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No: 2:21-cv-20493-SDW-MAH<br><br>**STIPULATION OF<br>DISMISSAL WITH<br>PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and

among the parties, it is hereby stipulated and agreed that the Complaint as pled against defendant,

Township of Montclair, be and hereby is voluntarily dismissed with prejudice, and without costs

to either party.

Sim & DePaola, LLP
Attorneys for plaintiff, Richard Webster

Date:                                    By: _____
                                              Sang-John Sim, Esq.


WEINER LAW GROUP LLP
Attorneys for defendant, Township of
Montclair

Date: 3/14/23                    By _____
                                              Alan J. Baratz, Esq.